No. 10-7919. James Edward Jackson, Petitioner v. Florida, et al.

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1666.

February 22, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 49 So. 3d 253.

No. 10-7920. Andrew J. Larson, Petitioner v. Eddie Wilson, Warden.

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1637,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

No. 10-7922. Richard A. Barker, Petitioner v. California Board of Prison Terms, et al.

562 U.S. 1229, 131 S. Ct. 1491, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1631.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 650.

No. 10-7924. Dennis Atkins, Petitioner v. Blaine C. Lafler, Warden.

562 U.S. 1229, 131 S. Ct. 1491, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1560.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-7926. Antonio D. Burton, Petitioner v. Joan Fabian, Commissioner, Minnesota Department of Corrections.

562 U.S. 1229, 131 S. Ct. 1491, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1660.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 1003.

No. 10-7931. Larry B. Benge, Petitioner v. Edwin G. Buss, Commissioner, Indiana Department of Correction, et al.

562 U.S. 1229, 131 S. Ct. 1492, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1622.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7932. Dolan Darling, aka Sean Smith, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.

562 U.S. 1229, 131 S. Ct. 1492, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1567.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 619 F.3d 1279.